GEIST LAW

Jared A. Geist, Esq. • 25 Main Street - Suite 203 • Hackensack, NJ 07601
Phone: 201.870.1488 • Fax: 201.812.9659 • email: jared@geistlegal.com

*Admitted in: New Jersey, Michigan United States Federal Court Districts of New Jersey and Michigan*
*United States Court of Appeals for the 3rd Circuit*

September 16, 2026

Re: Herrera Ramos v. Warden, et al.,

No. 2:26-cv-11884 (KSH)

**NOTICE OF VOLUNTARY WITHDRAWAL OF PETITION FOR WRIT OF HABEAS CORPUS AND REQUEST TO CLOSE CASE**

Dear Judge Hayden:

I write on behalf of Petitioner, Jhon Herrera Ranos, regarding the above-captioned Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

Petitioner respectfully advises the Court that he wishes to voluntarily withdraw his pending habeas petition and requests that the Court close this matter.

At the time the petition was filed, Petitioner has informed Counsel that he had no criminal history and took the position that his motor vehicle offenses did not constitute criminal offenses.

After having had the opportunity to consult with counsel, Petitioner has made the informed decision that he does not wish to pursue the pending habeas proceeding. Instead, Petitioner wishes to seek voluntary departure before an Immigration Judge and seek to depart the United States on an expedited basis, as soon as reasonably practicable and consistent with the applicable procedures.

Accordingly, Petitioner respectfully requests that the Court permit the voluntary withdrawal of the pending habeas petition and enter an appropriate order closing this case.

Petitioner makes this request knowingly and voluntarily after consultation with counsel. He does not seek further adjudication of the claims raised in his petition and respectfully asks that the Court take no further action on the merits of those claims.

Petitioner further respectfully requests that, to the extent any action by this Court is necessary to facilitate the orderly conclusion of this proceeding in light of his decision to depart the United States Herrera Ramos v. Warden, et al., No. 2:26-cv-11884 (KSH) Response to ECF No. 2the Court enter such appropriate relief as it deems proper.

Thank you for the Court's consideration of this matter.

SO ORDERED this day of September 17, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ

Respectfully submitted,

**Jared A. Geist, Esq.**
Attorney for Petitioner